Frederick Snare Corporation, Appellant,
*v.* Philadelphia.

Argued January 20, 1937.   Before SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Frederic L. Ballard,* of *Ballard, Spahr, Andrews & Ingersoll,* with him *Robert Brigham,* for appellant.

*A. Evans Kephart,* with him *Ernest Lowengrund,* Assistant City Solicitors, and *Joseph Sharfsin,* City Solicitor, for appellee.

PER CURIAM, March 22, 1937:

The judgment is affirmed on the opinion of Judge GORDON.